O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL LARRY VENEGAS, | ) | Case No. SACV 12-1239-PA (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| MARTIN BITER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; and (2) directing that Judgment be entered denying the Petition and
3  dismissing this action with prejudice.

6  DATED: November 5, 2013

   _____
   HONORABLE PERCY ANDERSON
   United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2